**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7229**

ROBERT WILLIAMS,

Plaintiff - Appellant,

v.

MS. CYNTHIA HOLLEY, I.C.C. Interstate Corrections Compact
Supervisor; MR. GARY D. MAYNARD, Secretary of Dept of Public
Safety and Corr. Serv.; MS. ANITA TRAMMELLE, Warden; MR.
RUSTY LAUB, Property Ofc.; MR. ERIC THOMAS, Unit Manager,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:14-cv-02329-DKC)

Submitted: October 21, 2014          Decided: October 24, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the basis for the district court's disposition, Williams has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the district court's order is final and appealable as no amendment to the complaint could cure the defects identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir. 1993).